BRACHFELD AND SHEPPARD
ATTORNEY FOR THE PLAINTIFF
23586 CALABASAS RD, SUITE 103
CALABASAS, CA 91302
818-222-2868
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     COURT NO: 92A20726
        Plaintiff,

    v.                      DEFAULT JUDGMENT

CARYN K. BRANDON

       Defendant(s).
_____/



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CARYN K. BRANDON the sum of $892.37 as principal, $232.99 as accrued prejudgment interest, $140.00 administrative charges, and $70.00 costs, plus $267.71 attorney fees for a total amount of $1,603.07, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: SEP 2 2 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: 
     Deputy Clerk